IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIANNE PAVLOVITZ,

    Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE
COMPANY and MATRIX ABSENCE
MANAGEMENT, INC.,

    Defendants.

CIVIL ACTION
NO. 13-1575

## ORDER

**AND NOW**, this 26th day of February, 2015, upon consideration of Plaintiff's Motion for Summary Judgment and Defendants' response thereto, and Defendants' Motion for Summary Judgment and Plaintiff's response thereto, as well as the oral argument held and the administrative record in this matter, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment is **DENIED**;

2. Defendants' Motion for Summary Judgment is **GRANTED**; and

3. Judgment is entered in favor of Defendants, Reliance Standard Life Insurance Company and Matrix Absence Management, Inc.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
**Jeffrey L. Schmehl, J**.